# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPHER MEDIA LLC, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANDREW MELONE, *et al.*,<br><br>  Defendants. | Case No. 21-cv-01909-BAS-WVG<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED** *Ex Parte* **APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 11)** |

Pending before the Court is Defendants' *ex parte* application to extend time to respond to Plaintiff's Complaint. (ECF No. 11.) *Ex parte* relief may be granted where, as here, "the party seeks a routine procedural order that cannot be obtained through a regularly noticed motion," such as extending time to file a brief. *See In re ConAgra Foods, Inc.*, No. CV 11-05379-MMM (AGRx), 2014 WL 12580052, at *2 (C.D. Cal. Dec. 29, 2014) (holding that while "opportunities for legitimate *ex parte* applications are extremely limited," a party seeking a routine procedural order is one instance where the limited use of the relief is allowed). A short, unopposed continuance of a deadline to respond to pleading is routinely granted. Further, Defendants represent that Plaintiffs have been given notice of the application that Plaintiffs do not oppose the requested extension. Good cause

1  appearing, the Court **GRANTS** Defendants' application.  (ECF No. 11.)  Defendants shall
2  respond to Plaintiff's Complaint **on or before January 3, 2022.**
3        **IT IS SO ORDERED.**

5  **DATED: December 29, 2021**

                Hon. Cynthia Bashant
                United States District Judge