UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPHER MEDIA, LLC; AJAY THAKORE,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW MELONE; AMERICA PIZZA MANUFACTURING,<br><br>Defendants. | Case No.:  21-CV-1909-RBM-WVG<br><br>**ORDER ON JOINT MOTION TO ALLOW DEPOSITIONS OF ANDREW MELONE, GOPHER MEDIA 30(B)(6) WITNESS AND AJAY THAKORE TO PROCEED BEYOND THE FACT DISCOVERY CUT-OFF OR TO EXTEND THE FACT DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF ALLOWING THE DEPOSITIONS TO PROCEED** |

This Court's October 27, 2022 Order extended the October 31, 2022 fact discovery cut off to November 30, 2022 for the limited and exclusive purposes of allowing (1) Plaintiffs to obtain subpoenaed records from the San Diego Police Department ("SDPD") and (2) the Parties to conduct limited depositions, namely those whose testimony would be affected by SDPD's subpoenaed records. (Doc. No. 44.) The Parties latest filing moves this Court to continue the November 30, 2022 limited fact discovery cut-off. (Doc. No. 48.) In their Joint Motion to Extend Fact Discovery Cut-Off for the Limited Purpose of Allowing

Depositions to Proceed ("Joint Motion"), the Parties ask the Court for leave to take the depositions of Plaintiff Ajay Thakore on December 6, 2022; Defendant Andrew Malone on December 8, 2022; and Plaintiff Gopher Media, LLC's Rule 30(b)(6) witness on December 27, 2022. (*Id.*) The Parties explain a continuance is warranted because Plaintiff's counsel was hospitalized and diagnosed with COVID-19 on the morning of November 28, 2022, the date Plaintiff Ajay Thakore's deposition was to take place. (*Id.*, 2:1-8.) The Parties add that, due to Plaintiff's counsel's medical condition, Plaintiff Gopher Media, LLC's Rule 30(b)(6) witness' November 29, 2022, deposition and Defendant Andrew Melone's November 30, 2022, deposition also could not proceed as scheduled.

Given the Parties timely scheduled the above three depositions in consideration of the November 30, 2022, limited fact discovery cut-off, and Plaintiff's counsel's medical condition, the Court finds good cause exists under Rule 16(b) of the Federal Rules of Civil Procedure to support a second **limited and exclusive** continuance. For this reason, the Court GRANTS IN PART and DENIES IN PART the Parties' Joint Motion and CONTINUES the limited fact discovery cut-off to **Friday, November 9, 2022**, consistent with the following constraints:

(1) Plaintiff Ajay Thakore is ORDERED to appear for deposition **on Tuesday, December 6, 2022**;

(2) Defendant Andrew Melone is ORDERED to appear for deposition **on Thursday, December 8, 2022**;

(3) Plaintiff Gopher Media, LLC's Rule 30(b)(6) witness is ORDERED to appear for deposition **on or before Friday, December 9, 2022**, absent justification for the witness' significant delay in appearing for deposition on December 27, 2022, as indicated in the instant Joint Motion; and, finally,

///
///
///
///

(4) **<u>No other fact discovery, including, but not limited to, depositions beyond the above three as outlined and any discovery disputes regarding the same, shall be conducted</u>**.

**IT IS SO ORDERED.**

Dated: December 2, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge