1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11   GOPHER MEDIA, LLC; AJAY            Case No.:  21-CV-1909-RBM-WVG
     THAKORE,
12                                      **ORDER ON EX PARTE**
                          Plaintiffs,   **APPLICATION TO CONTINUE**
13                                      **PRE-TRIAL FILING DEADLINE**
     v.                                 **FOR ONE WEEK TO MAY 8, 2023**
14
     ANDREW MELONE; AMERICA PIZZA
15   MANUFACTURING,
16                          Defendants.
17
18
19
20
21
22       Before the Court is Plaintiffs' *Ex Parte* Application to Continue Pre-Trial Filing
23   Deadline for One Week to May 8, 2023 ("*Ex Parte* Application" or "Application"). (Doc.
24   No. 54.) Plaintiffs move the Court for a one-week continuance of the operative May 1,
25   2023, deadline to file pretrial motions. Plaintiffs explain their counsel, Pamela Chalk,
26   miscalendared the May 1, 2023, deadline while she was recovering from various medical
27   ailments. Having reviewed and considered the Application and accompanying Declaration
28

of Pamela Chalk, the Court finds no good cause exists to support an affirmative ruling on Plaintiffs' request for relief.

At all times, Rule 16(b) of the Federal Rules of Civil Procedure requires movants to make a threshold showing of diligence in attempting to meet existing deadlines. Fed. R. Civ. P. 16(b); *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Here, no such showing has been made. Plaintiffs' *Ex Parte* Application is silent on what progress, if any, Plaintiffs have made to date in their attempts to meet the operative May 1, 2023, pretrial motions filing cutoff. In fact, the timing of the Application undermines a favorable inference of diligence, particularly in view of the Court's continuance of the initial March 27, 2023, pretrial motions filing cutoff to May 1, 2023. (Doc. No. 53.) Despite the generous continuance, Plaintiffs waited until the day of the deadline to bring the instant Application. Accordingly, the Court DENIES the *Ex Parte* Application in its entirety.

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge