PAMELA C. CHALK (Bar No. 216411)
pamchalk@doctormultimedia.com
Chief Litigation Counsel
Doctor Multimedia
4303 La Jolla Village Drive Suite 3130
San Diego, CA 92122
Tel: 619.788-8858


Attorneys for GOPHER MEDIA LLC, dba Doctor Multimedia; Ajay Thakore

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOPHER MEDIA LLC, dba Doctor Multimedia, a Nevada Limited Liability Corporation, Ajay Thakore, an individual, | Case No. 21-cv-1909-RBM-VET |
| Plaintiffs, | **PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION TO DISMISS DEFENDANTS AND COUNTERCLAIMANTS' THIRD AMENDED COUNTERCLAIMS AND STRIKE PORTIONS THEREOF [FRCP 12(B)(6); 12(F)]** |
| v. | |
| Andrew Melone, an individual; American Pizza Manufacturing, aka American Pizza Mfg, A California business entity; Does 1-10, | **DATE: MARCH 15, 2024**<br>**JUDGE**: Ruth Bermudez Montenegro<br>**CTRM:** 5B |
| Defendants. | Edward J. Schwartz<br>United States Courthouse<br>221 West Broadway<br>San Diego, CA 92101 |
| Andrew Melone, an individual; American Pizza Manufacturing, aka American Pizza Mfg., a California business entity, | |
| Cross-Complainants, | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**. |
| v. | |
| Gopher Media LLC (formerly known as Local Clicks), dba Doctor Multimedia, a Nevada Limited Liability Corporation, Ajay Thakore, an individual; Roes 1-10, | |
| Counter-Defendants. | |

.

**TO THE PARTIES, THEIR COUNSEL, AND THE JUDGE OF THE ABOVE-TITLED COURT:**

PLEASE TAKE NOTICE that on MARCH 15, 2024 or as soon thereafter as the matter may be heard in Courtroom 5B of the above-entitled Court, located at Edward J. Schwartz, United States Courthouse, 221 West Broadway, San Diego, CA 92101 by the Honorable Judge Ruth Bermudez Montenegro, if oral argument is set by the Court, Plaintiffs and Cross-Complainants Ajay Thakore ("Thakore") and Gopher Media LLC ("Gopher") (collectively herein for the purposes of this pleading and motion only "Plaintiffs") will, and hereby do, move to dismiss all of the counterclaims in the Third Amended Counterclaims (ECF NO. 72)filed in this matter pursuant to FRCP 12(b)(6) and any other related provisions for relief; and will move to strike portions of the  Third Amended Counterclaims(ECF No. 72) pursuant to FRCP 12(f) and any other related provisions for relief. Specifically, Plaintiffs will and do move as follows:

1) The First Cause of Action "Trade Libel" be dismissed for failure to state a claim;

2) The Second Cause of Action "Defamation" be dismissed for failure to state a claim;

3) The Third Cause of Action  "Unfair Competition (Cal.Bus. & Prof. Code § 17200)" be dismissed for failure to state a claim;

4) The Fourth Cause of Action "Declaratory Relief" be dismissed for failure to state a claim;

5)      The Court to strike Exhibits B-D to the Third Amended Counterclaims;

6) The Court to rule on whether the alleged statements listed below are a fact or opinion (and thereby actionable or not as trade libel and defamation)(*determination of whether a statement is fact or opinion is generally a question of law for the court "and therefore suitable for resolution by a motion

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

to dismiss. (*Ferlauto v. Hamsher*, 74 Cal. App. 4th 1394, 1401 (1999):

## TABLE OF ALLEGED DEFAMATORY/TRADE LIBEL STATEMENTS PER THIRD AMENDED COUNTERCLAIM ("TACC")

| Statement # | Alleged Statement | Alleged Poster/Author | Citation To TACC |
|---|---|---|---|
| 1. | "Worst pizza ever. I got food poisoning. Please don't eat there.<br><br>The owner Andrew is a real rude person." | Aj T | Exhibit A to TACC, Page 2 |
| 2. | "I wish we would've gone somewhere else." | Jessica Winans | Exhibit A to TACC, Page 3 |
| 3. | "Was not the quality I was looking for." | Lauren Guanci | Exhibit A to TACC, Page 3 |
| 4. | "Bad customer service | Sean Knox | Exhibit A to TACC, Page 3 |
| 5. | "Not worth going to. So many better places to go in San Diego!" | Spencer Panaro | Exhibit A to TACC, Page 3 |
| 6. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Ryan Mann | Exhibit A to TACC, Page 4 |
| 7. | "bad service." | Matthew Magallanes | Exhibit A to TACC, Page 4 |
| 8. | "This place is disgusting. The staff was lazy and pretty much useless. The food was so bad my dog wouldnt eat it. | Pat Iannotti | Exhibit A to TACC, Page 4 |

| | | | |
|---|---|---|---|
| | | The hometown place is a much better option." | | |
| 9. | No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Jose Jose | Exhibit A to TACC, Page 4 |
| 10. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Google User | Exhibit A to TACC, Page 5 |
| 11. | "Do not feel like going back to this place tbh." | Lalo Mora | Exhibit A to TACC, Page 5 |
| 12. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Irving Aramburo | Exhibit A to TACC, Page 6 |
| 13. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Ryan Rowan | Exhibit A to TACC, Page 6 |
| 14. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Alejandro Segui | Exhibit A to TACC, Page 6 |
| 15. | *No words are stated. Just a one "star" given. Says, | Mann Cannon | Exhibit A to TACC, Page 6 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| | | "The user didn't write a review, and has left just a rating." | | |
| 16. | "Stay far away. The food here is not that great which matches the service that they provide." | Nicole Mann | Exhibit A to TACC, Page 7 |
| 17. | "Not worth the time or money coming here." | Donna Mesa | Exhibit A to TACC, Page 7 |
| 18. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Linda Duenas | Exhibit A to TACC, Page 7 |
| 19. | "You can find better pizza and pricing elsewhere not worth your time or money coming here." | Ashley Mann | Exhibit A to TACC, Page 7 |
| 20. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Keegan Mann | Exhibit A to TACC, Page 8 |
| 21. | "Not the best place to eat at, pizza wasn't great and service was bad." | Desirae Boles | Exhibit A to TACC, Page 8 |
| 22. | "Sorry but my fiance and I had a pretty bad experience. Had the pepperoni pizza and it came out fairly cold, the staff was rude and we did not have a good time." | Desirae Boles | Exhibit A to TACC, Page 9 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| 23. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Renee Hayes | Exhibit A to TACC, Page 9 |
| 24. | "Look elsewhere, this isn't worth your time or money." | Jake Martinez | Exhibit A to TACC, Page 9 |
| 25. | "Horrible service." | Ashley Duenas | Exhibit A to TACC, Page 9 |
| 26. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Nicholas Biehl | Exhibit A to TACC, Page 10 |
| 27. | "Food was not bad but man I wish they knew how to treat their customers." | Eleazar Arreola | Exhibit A to TACC, Page 10 |
| 28. | "I can't decide what's worse - the pizza or the service." | Mariel Nibungco | Exhibit A to TACC, Page 10 |
| 29. | "Beware - fake value." | Jared Bond | Exhibit A to TACC, Page 10 |
| 30. | "Horrible experience." | Ximena Orduna | Exhibit A to TACC, Page 11 |
| 31. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Joyce Tam | Exhibit A to TACC, Page 11 |
| 32. | *No words are stated. Just a one "star" given. Says, | Yogi Tam | Exhibit A to TACC, Page 12 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| | "The user didn't write a review, and has left just a rating." | | |
| 33. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Ryan Rowan | Exhibit A to TACC, Page 12 |
| 34. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Ash Rowan | Exhibit A to TACC, Page 12 |
| 35. | "There's far better pizza here in San Diego. Not worth your time." | Jacob Martinez | Exhibit A to TACC, Page 12 |
| 36. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Danna Jo | Exhibit A to TACC, Page 13 |
| 37. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Jack Brusa | Exhibit A to TACC, Page 13 |
| 38. | "Did not have a great experience here." | Danna Paule | Exhibit A to TACC, Page 13 |
| 39. | "Pizzeria Bruno is much better." | Jason Ma | Exhibit A to TACC, Page 13 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| 40. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Megan Devenport | Exhibit A to TACC, Page 14 |
| 41. | "Honestly service was just not good ..." | Irving Aramburo | Exhibit A to TACC, Page 14 |
| 42. | "Pizza here is pretty awful. Crust like cardboard. Dirty bathrooms. Gross and gross." | Lawrence Rizzo | Exhibit A to TACC, Page 15 |
| 43. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Erick Mayo | Exhibit A to TACC, Page 16 |
| 44. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Joyce Tam | Exhibit A to TACC, Page 16 |
| 45. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Jared Bond | Exhibit A to TACC, Page 17 |
| 46. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Tarun Shah | Exhibit A to TACC, Page 17 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| 47. | "They made fun of my friends 3 legged dog? Who wants to support a place with such terrible values? Not me. Do better. Hire people who actually are decent human." | Desirae B. | Exhibit A to TACC, Page 18 |
| 48. | "They made fun of my friends 3 legged dog? Who wants to support a place with such terrible values? Not me. Do better. Hire people who actually are decent human." | Desirae B. | Exhibit A to TACC, Page 20 |
| 49. | "Worst pizza ever. I got food poisoning. Please don't eat there.<br><br>The owner Andrew is a real rude person." | Aj T | Exhibit A to TACC, Page 21 |
| 50. | "One of the newer place in town so I thought I would give them a try ... Terrible the pizza was something you would expext out of a | Pat I. | Exhibit A to TACC, Page 21 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| | | fast food place. I waited over 35 mins for 2 pizzas one was over cooked and the other was under cooked. I didnt even bother complaining I just threw it away." | | |
| 51. | "took home the standard and was not impressed for the price." | Tyler Dealy | Exhibit A to TACC, Page 22 |
| 52. | "The staff at this location do not understand boundaries. Unacceptable." | James Rebro | Exhibit A to TACC, Page 22 |
| 53. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Megan Devenport | Exhibit A to TACC, Page 23 |
| 54. | "Quality of food was not good. Very doughy and undercooked." | Ryan Moreno | Exhibit A to TACC, Page 23 |
| 55. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Isaiah Kessler | Exhibit A to TACC, Page 23 |
| 56. | "Not worth the money. | Spencer Panaro | Exhibit A to TACC, Page 24 |
| 57. | "Don't waste your time with this place." | Geoffrey Jones | Exhibit A to TACC, Page 24 |
| 58. | "1 came in the other day day to grab a | JT Whatley | Exhibit A to TACC, Page 24 |

| | | | |
|---|---|---|---|
| | | pizza, but it smelled like old fish inside. I don't trust this place." | | |
| 59. | "The owner laughed at me when I said my name for the order. No respect for humans or animals here." | Mike Hawk | Exhibit A to TACC, Page 25 |
| 60. | "Gentrification at its finest. At least serve a cooked pizza I can take to the beach ? Would've been better if they had ..". | Kay Jay | Exhibit A to TACC, Page 26 |
| 61. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Ashley Mann | Exhibit A to TACC, Page 26 |
| 62. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Prashanth Murthy | Exhibit A to TACC, Page 26 |
| 63. | "Unfortunately I didn't have a great experience here. The pizza was subpar and I didn't enjoy it. I'll be going…" | Justin Whatley | Exhibit A to TACC, Page 27 |
| 64. | "My brother Mike was visiting from out of town and we decided to come here | York Hawk | Exhibit A to TACC, Page 27 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| | | for a bite to eat. We tried to order slices ..." | | |
| 65. | "Worst pizza ever. I got food poisoning. Please don't eat there.<br>The owner Andrew is a real rude person." | Aj T | Exhibit A to TACC, Page 29 |
| 66. | "Place is Awful servers are rude and my pizza had a dead fly in it I would highly recommend going somewhere else." | Mo Graham | Exhibit A to TACC, Page 30 |
| 67. | "At best an average pizza." | Madison Birse | Exhibit A to TACC, Page 30 |
| 68. | "Here's the thing about owning a business. People are human and we all make mistakes. What you did after finding out<br>an ..." | Tara Hankins | Exhibit A to TACC, Page 30 |
| 69. | "If I could rate O stars I would. first and last time I'm getting a half baked pizza." | Cam Cromwell | Exhibit A to TACC, Page 30 |
| 70. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Chase Webb | Exhibit A to TACC, Page 31 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| 71. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Amy Mann | Exhibit A to TACC, Page 31 |
|---|---|---|---|
| 72. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Doctor Multimedia | Exhibit A to TACC, Page 31 |
| 73. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | reports 8 | Exhibit A to TACC, Page 31 |
| 74. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Doctor Multimedia Prelive Team 2 | Exhibit A to TACC, Page 32 |
| 75. | "This place is defiantly one NOT to go to. Food and service is horrible." | Jacob glover | Exhibit A to TACC, Page 32 |
| 76. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | DVM Multimedia | Exhibit A to TACC, Page 33 |

| | | | |
|---|---|---|---|
| 77. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Ryan C | Exhibit A to TACC, Page 33 |
| 78. | No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Domain Names | Exhibit A to TACC, Page 33 |
| 79. | "I can assure you that everything that you're reading about this place is factual, I wouldn't touch their pizza with a" | Tarun Shah | Exhibit A to TACC, Page 33 |
| 80. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Nolan Chavez | Exhibit A to TACC, Page 34 |
| 81. | "It's easier to take a pizza home that's already baked, silly concept when there are great places you can call ahead and ..." | J Cody | Exhibit A to TACC, Page 34 |
| 82. | "Honestly, you're better off buying premade dough from Trader Joe's and making a pizza | N Chun | Exhibit A to TACC, Page 34 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| | yourself for a fraction of the price. Wasn't impressed by quality of ingredients or overall taste. | | |
| 83. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Prashanth Murthy | Exhibit A to TACC, Page 34 |
| 84. | "I literally needed to create another account because they keep trying to hide my negative review. Don't be fooled, not..." | Jared Bond | Exhibit A to TACC, Page 35 |
| 85. | "Its supposed to be pizza. Not chinese food." | Geo Frey | Exhibit A to TACC, Page 35 |
| 86. | "I did not enjoy this process, Andrew the owner doesn't seem to conduct himself properly online and removes negative reviews for the business. Not something you want to see from a local business." | Gregory Martin | Exhibit A to TACC, Page 36 |
| 87. | "Not good pizza, worse service." | Jeff Jonesy | Exhibit A to TACC, Page 36 |
| 88. | "I keep getting my reviews deleted, please learn to take criticism for bad service." | Isaiah Kessler | Exhibit A to TACC, Page 36 |

| | | | |
|---|---|---|---|
| 89. | "I am a local in SD and I used to work in a pizza place and I was very disappointed in the quality here." | Isaiah Kessler | Exhibit A to TACC, Page 36 |
| 90. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Claude D | Exhibit A to TACC, Page 37 |
| 91. | "I am disappointed in this place for labeling all the reviews that are posted as fake. They need to learn to take a hint" | Isaiah Kessler | Exhibit A to TACC, Page 37 |
| 92. | "Terrible." | Bern C | Exhibit A to TACC, Page 37 |
| 93. | "Awful. Never going back." | Scott Handler | Exhibit A to TACC, Page 37 |
| 94. | "i hate pineapple pizza but I would eat pineapple pizza for the rest of my life before eating another slice of pizza from this place. Had a pepperoni pizza, do not recommend!" | Luis Osorio | Exhibit A to TACC, Page 38 |
| 95. | "The quality of ingredients and service were underwhelming to say the least." | Isaiah Kessler | Exhibit A to TACC, Page 38 |

| | | | |
|---|---|---|---|
| 96. | "Go to chuck-e-cheese if you want better pizza" | R Moreno | Exhibit A to TACC, Page 39 |
| 97. | "Fed this pizza to my pet trash panda" | SanRemo Anthony | Exhibit A to TACC, Page |
| 98. | "Awful pizza" | Paul Han | Exhibit A to TACC, Page 39 |
| 99. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Jeff Ratte | Exhibit A to TACC, Page 39 |
| 100. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Spencer Panaro | Exhibit A to TACC, Page 40 |

| | | | |
|---|---|---|---|
| 101. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | Jocelyn Arter | Exhibit A to TACC, Page 40 |
| 102. | "Tried their "take and bake" and ..... I'd rather take my pizza baked" | Nick Johnson | Exhibit A to TACC, Page 40 |
| 103. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | J Rebro | Exhibit A to TACC, Page 40 |
| 104. | *No words are stated. Just a one "star" given. Says, "The user didn't write a review, and has left just a rating." | M Chavez | Exhibit A to TACC, Page 41 |

| | | | |
|---|---|---|---|
| 105. | "digiorno pizza Is better than this place. Don't waste your money here" | Ryan Moreno | Exhibit A to TACC, Page 41 |
| 106. | "My pizza was ice cold, never coming back" | Erick Mayo | Exhibit A to TACC, Page 42 |
| 107. | "Tried this place again and was let down yet again. Mr. Motos is the go to for now on" | Ryan Moreno | Exhibit A to TACC, Page 42 |
| 108. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Alejandro Segui | Exhibit A to TACC, Page 42 |
| 109. | "Went there for dinner the other night, extremely rude staff. Just wanted some pizza but had to walk out. Sad!" | Jack Brusa | Exhibit A to TACC, Page 42 |
| 110. | *No words are stated.  Just a one "star" given.  Says, "The user didn't write a review, and has left just a rating." | Keegan Mann | Exhibit A to TACC, Page 43 |
| 111. | "The owner Andrew hires the worse people ever. I ordered a pizza to come home to bake it and the pizza was not what I order at all. Called to let them know of the mistake | Tim K. | Exhibit A to TACC, Page 44 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| | | and they blamed me for it. I cooked it and ate but it was the worse pizza I have ever had. Plus did you see that they are racist too. Lawsuit of 10 million dollars. Please don't support this place and let's get this place shut down asap. Oh and if park in front of the restaurant they will harass like they did to me who is handicapped. I have reported them to the police." | | |
| 112. | "Only losers get take-n-bake pizza" | Unknown. Allegedly on post-it note on car near American Pizza Manufacturing | TACC, Page 7, ¶17 |
| 113. | "Take N Bake Pizza Sucks" | Unknown. Allegedly on car near American Pizza Manufacturing | TACC, Page 7, ¶18 |
| 114. | "Take-n-bake pizza is racist" | Aspen, (a dog)<br><br>Allegedly on car outside American Pizza Manufacturing | TACC, Page 8, ¶19 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| | | | |
|---|---|---|---|
| 115. | "Carinos Pizza is Better Than Take-n-Bake" | Airplane Banner | TACC, Page 8, ¶20 |
| 116. | "Carinos Pizza is Better Than Take-n-Bake" | Airplane Banner | TACC, Page 8, ¶20 |
| 117. | "Just Say No to Take-n-Bake Pizza." | Airplane Banner | TACC, Page 8, ¶20 |
| 118. | "Carinos - Take It Baked!", | Airplane Banner | TACC, Page 8, ¶20 |
| 119. | "Order from Carino's pizza tonight in La Jolla and mention American Pizza Manufacturing sucks and order up to $100 of food for free and the rich dog will pay for it." | Allegedly on Instagram | TACC, Page 8, ¶21 |
| 120. | "Call you take n bake pizza now and give them your opinion of them. First 10 people get $100 on me when done." | Allegedly on Instagram | TACC, Page 8, ¶21 |
| 121. | On one occasion, APM received seven calls in five minutes with messages like "Your pizza fucking sucks", "Fuck you for kicking dogs and being racist", and "I'll never come eat at your restaurant, ever." | Unknown. | TACC, Page 8. ¶22 |

NOTICE OF MOTION AND MOTION TO DISMISS/STRIKE

| 122. |  | TACC, Page 9 ¶23 |
|------|------|------|
| 123. | "I just walked by the Take N Bake and he called me a sandnigger." | TACC, Page 9 ¶23 |

7)    Leave to amend be denied; and,

8)    Any other relief the Court deems just and reasonable under the circumstances.

The grounds for this motion are that Defendants and Counter-claimants have failed to state a cause of action for all of the claims made in their Third Amended Counterclaims as a matter of law.

Further, expert reports are improperly attached to the Third Amended Counterclaims, should not be considered when ruling on this motion, and should be stricken. (*See, Yuan v. Facebook, Inc.*, 2021 WL 4503105, at*2-3 (N.D. Cal. 2021) (finding expert affidavit was improperly attached to a complaint; striking the expert affidavit attached to the complaint for purposes of addressing pleading deficiencies in previous complaint); *see also Stuart v. Cadbury Adams USA, LLC*, No. CV 09-6295 AHM (CWX), 2010 WL 1407303, at *4 (C.D. Cal. 2010), aff'd, 458 F. App'x 689 (9th Cir. 2011) (striking an expert report that "was generated for the purposes of this litigation" because such a report could not qualify as a written instrument under Fed.Civ. Proc. Rule 10(c)). Defendants cannot bypass dismissal or early judgment simply by incorporating

dozens of pages of expert reports as allegations. (*Id.*).

Further, none of the alleged statements Defendants claim are actionable as defamation or trade libel are actionable under the law because they are opinions not facts and/or are rhetoric or hyperbole. Plaintiffs seek a ruling from the Court as to whether the alleged statements at issue, attached hereto as Exhibit AA, are actionable as a matter of law or not and/or whether they are fact or opinions, rhetoric or hyperbole.

This Notice of Motion and Motion are based on this notice, the accompanying memorandum of points and authorities, the reply papers to be submitted at a later date, any declarations or exhibits filed by the Plaintiffs in support of this Motion, all records and papers on file with the Court, all pleadings, papers, and evidence of which the Court may take judicial notice, and upon such further evidence and argument as may be presented prior to or at the time of hearing on the motion/application.

DATED: JANUARY 31, 2024

/s/Pamela C. Chalk
Pamela C. Chalk, Esq.
Attorney for Plaintiffs and
Counter-Defendants Ajay Thakore;
Gopher Media LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.1(h). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 31st day of January, 2024 at San Diego, California.

DATED:  January 31, 2024

/s/Pamela C. Chalk
Pamela C. Chalk, Esq.
